**1012 COUNTY TREASURER (Houghton) vs. STATE TREASURER, 40 M., 320.**

To compel the payment of a warrant issued by the auditor-general in favor of Houghton County.

Denied January 28, 1879.

The application showed that the warrant had been issued for a larger sum than what is claimed by the county to be really due, by a mistake of computation, and the court held, that relator

should surrender the old warrant to the auditor-general and apply for a new one.